IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| VINCENT D. GAYLORD, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v | ) Case No.: 25-2194-EFM |
| | ) |
| STATE OF KANSAS and TOPEKA, | ) |
| POLICE DEPARTMENT, | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

**ORDER**

Plaintiff brought this case in forma pauperis, subjecting his Complaint to screening. The assigned Magistrate Judge noted that he had previously filed a case asserting a similar fact pattern which was dismissed upon screening. That dismissal was affirmed by the Tenth Circuit Court of Appeals. Upon screening of this Complaint, the Magistrate Judge issued a notice of deficiencies in the Complaint and authorized the filing of an Amended Complaint addressing those deficiencies. An Amended Complaint was filed, but it was not responsive to the noted deficiencies. Accordingly, the Magistrate Judge issued a Report and Recommendation that the case be dismissed.

Plaintiff was given fourteen days after service in which to file objections. The R&R was mailed to Plaintiff, and the Court considers the Objections filed sixteen days later to be timely. The Objections, however, failed to address the jurisdiction deficiencies noted, but only argued in general terms that he was entitled to relief.

The Court finds that no legal reasons contrary to the R&R have been proffered and therefore adopts the R&R in full. Accordingly, for the reasons stated therein, this case is dismissed.

IT IS THEREFORE ORDERED that the Report and Recommendation (Doc. 17) is adopted by the District Judge, and the case is DISMISSED.  THIS CASE IS CLOSED.

IT IS SO ORDERED.

Dated this 18th day of July, 2025.

ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE